UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-20159-CIV-MARTINEZ/BECERRA

JOANNA KRUPA, *et al.*,

    Plaintiffs,

v.

TUNIDOR, INC.,

    Defendant.
_____/

### ORDER REVISING PRETRIAL DEADLINES

**THIS CAUSE** comes before the Court upon the parties' Joint Motion to Extend Expert Disclosure Deadlines ("Joint Motion"). (ECF No. 14). After careful consideration, it is

**ORDERED AND ADJUDGED** that:

1. The Joint Motion, (ECF No. 14), is **GRANTED in part**, as stated herein.
2. The following pretrial deadlines are modified as follows:
   - **9/6/21**: Parties shall exchange expert witness summaries and reports.
   - **10/15/21**: Parties exchange rebuttal expert witness summaries and reports.
3. All other deadlines shall remain in effect.

DONE AND ORDERED in Chambers at Miami, Florida, this <u>12th</u> day of August, 2021.

                                                  */s/ Jose E. Martinez*
                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Becerra
All counsel of record