UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-20159-JEM

JOANNA KRUPA, *et al.*,

    Plaintiffs,

v.

TUNDIDOR, INC. d/b/a EROTICA CABARET

    Defendant.
_____/

## PROPOSED INTERVENOR THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY'S NOTICE OF JOINDER IN PLAINTIFFS' MOTION FOR A STAY OF ALL FACT AND EXPERT DISCOVERY AND ALL OTHER MATTERS IN THIS ACTION

Proposed Intervenor, THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY ("PESLIC"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 24, hereby files this Notice of Joinder in Plaintiffs' Motion for a Stay of All Fact and Expert Discovery and All Other Matters in this Action [D.E. 18] ("Motion to Stay"), and states as follows:

For the reasons asserted in Plaintiffs' Motion to Stay (D.E. 18), PESLIC hereby adopts and incorporates by reference, the arguments asserted by the Plaintiffs and respectfully requests that this Court: (a) stay all proceedings in this Liability Action pending resolution of the related and pending Coverage Action before this Court; and grant such other relief as the Court may deem just, proper and equitable under the circumstances.

Dated this 14th day of October 2021.

KAPLAN ZEENA LLP
2 South Biscayne Boulevard, Suite 3050, Miami, Florida 33131
Tel: (305) 530-0800 Fax: (305) 530-0801

Respectfully submitted,

**KAPLAN ZEENA LLP**
*Attorneys for Proposed Intervenor,*
*The Princeton Excess and Surplus*
*Lines Insurance Company*
2 South Biscayne Blvd.
Suite 3050
Miami, Florida 33131
Telephone: (305) 530-0800
Facsimile: (305) 530-0801

By: _/s/ James M. Kaplan_
JAMES M. KAPLAN
Florida Bar No.:921040
james.kaplan@kaplanzeena.com
elizabeth.salom@kaplanzeena.com
KIMBERLY S. HEIFFERMAN
Florida Bar No.: 055996
kimberly.heifferman@kaplanzeena.com
julie.valdes@kaplanzeena.com
cheryl.mingo@kaplanzeena.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the United States District Court for the Southern District of Florida on October 14, 2021 using the Court's CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

_/s/ James M. Kaplan_
James M. Kaplan